1  Your name: PATRICIA ANN CRAMER
2  Address: 401-32nd AVENUE
3  SAN FRANCISCO, CA
4  Phone Number: 415-350-7111
5  E-mail Address: rufluid@yahoo.com

FILED
2011 FEB 11 P 2:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

PATRICIA ANN CRAMER,               )   Case Number: CV 10 5119 JCS
                                   )
        Plaintiff,                 )
                                   )
   vs.                             )   **NOTICE OF VOLUNTARY DISMISSAL**
                                   )
ST KITTS MANAGEMENT,               )
                                   )
        Defendant(s).              )
_____)

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff PATRICIA ANN CRAMER voluntarily dismisses this matter without prejudice. Such dismissal does not require a Court Order because the defendant has not served an answer or a motion for summary judgment.

DATED: 2/11/11                     /s/ Patricia Cramer
                                   Name:
                                   Plaintiff Pro Se

NOTICE OF VOLUNTARY DISMISSAL, CASE NO.:_____, PAGE 1 OF 1
[VLSP Template]